# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CREE, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> LEDWISE TECHNOLOGY, INC., et al., <br><br> Defendants. | Case No.: 8:16-cv-02279 AG (DFMx) <br><br> [~~XXXXXXXX~~] **[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANTS MODOCHOLIC AUTOWERKS, INC. AND EDMOND WAILAM LEUNG AND DISMISSAL, WITH PREJUDICE** [32] <br><br> **Honorable Judge Andrew J. Guilford** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal, between Plaintiff Cree, Inc. ("Plaintiff"), on the one hand, and Defendants Modocholic Autowerks, Inc. and Edmond Wailam Leung ("Defendants"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants as follows:

1. **PERMANENT INJUNCTION.** Defendants and any person or entity acting in concert with, or at their direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 15 United States Code ("U.S.C.") §1116(a), from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities:

(i) copying, manufacturing, importing, exporting, purchasing, marketing, advertising, offering for sale, selling, receiving, storing, fulfilling, distributing or dealing in any product or service that uses, or otherwise makes any use of, any of Plaintiffs' intellectual properties, including but not limited to, the **CREE**® word and design trademarks (Reg. Nos. 2,440,530; 2,452,761; 3,935,628; 3,935,629; 3,938,970; 4,026,756; 3,935,630; 3,935,631; 3,938,971; 2,922,689; 3,998,141; 3,998,142; 4,233,855; 4,234,124; 4,641,937; 4,597,310; 4,597,311; 4,767,107; 4,771,402; 4,787,288), **CREE LEDS**® word and design trademarks (Reg. Nos. 3,360,315; 4,558,924), **CREE LED LIGHT**® word and design trademarks (Reg. No. 3,327,299), **CREE LED LIGHTING**® word and design trademarks (Reg. Nos. 3,891,756; 3,891,765), **CREE LED LIGHTING SOLUTIONS**® word and design trademarks (Reg. No. 3,526,887), **CREE TRUEWHITE**® word and design trademarks (Reg. Nos. 4,029,469; 4,091,530), **CREE TRUEWHITE TECHNOLOGY**® word and design trademarks (Reg. Nos. 4,286,398; 4,099,381), and the **XM-L**™ word mark (Serial No. 87218890) currently pending registration with the USPTO and collectively affixed to Plaintiff's Complaint for Damages as **Exhibits A - EE** (ECF Dkt. 1, ¶40, Pages 8-13) (collectively, "Plaintiff's Intellectual Properties");

(ii) using, advertising or displaying Plaintiff's Intellectual Properties to suggest that non-genuine CREE LEDs and/or LED lighting products, including but not limited to automotive LED bulbs and related lighting products,

have been manufactured, sponsored or endorsed by Plaintiff or an authorized licensee of Plaintiff; and/or

    (iii)  owning or controlling any Internet domain name, website or auction website account or ID that uses any of Plaintiff's Intellectual Properties in advertising.

2. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

3. The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendants, and the Court directs immediate entry of this Permanent Injunction against Defendants.

4. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendants.

5. **NO FEES AND COSTS.** Each party shall bear its/his own attorneys' fees and costs incurred in this matter.

6. **DISMISSAL OF ACTION**. Upon entry of this Permanent Injunction against Defendants, the case shall be dismissed, with prejudice, as to Defendants.

IT IS SO ORDERED, ADJUDICATED and DECREED this 17th day of May, 2017.

_____
HON. ANDREW J. GUILFORD
United States District Judge
Central District of California